UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lickerish, Ltd.,

                Plaintiff,

- against -

Dearjulius.com, Inc.,

                Defendant.

**ORDER**
22 Civ. 3290 (ER)

Ramos, D.J.:

    On April 22, 2022, Lickerish brought this copyright action against Dearjulius.com.  Doc. 1.  Dearjulius.com was required to answer by July 18, 2022 but, to date, has failed to do so.  Doc. 7.  On August 31, 2022, Lickerish filed an affidavit seeking default judgment against Dearjulius.com, Doc. 11, and a proposed clerk's certificate of default, Doc. 12.  The following day, on September 1, 2022, the Clerk of Court entered the proposed certificate of default.  Doc. 25.

    Since September 1, 2022, Lickerish has not taken any additional steps pursuant to the Default Judgment Procedure of the Individual Practices of the Court, which includes preparing an Order to Show Cause.  Lickerish is therefore directed either to move forward with the Default Judgment Procedure or to provide a status update by October 14, 2022.  Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:   October 7, 2022
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.