# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LICKERISH LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>DEARJULIUS.COM, INC.,<br><br>  Defendant. | Case No.: 1:22-CV-03290-ER |

## DEFAULT JUDGMENT

This action having been commenced on April 22, 2022, by the filing of the Complaint by the plaintiff Lickerish Ltd. ("Plaintiff"), and, subsequently, a copy of the Summons and Complaint having been properly served on the defendant Dearjulius.com Inc. ("Defendant") on June 27, 2022, a proof of service having been filed as to Defendant on July 11, 2022, Defendant having not answered the Complaint, the time for answering the Complaint having expired, and the Clerk of the Court properly entering a Certificate of Default on September 1, 2022, it is:

**ORDERED, ADJUDGED, AND DECREED**: That Plaintiff have judgment against Defendant in the amount of $90,000.00 for statutory damages pursuant to the Lanham Act for infringement and counterfeiting of Plaintiff's copyrights as to nine separate works registered with the United States Copyright Office, and with an award of post-judgment interest to accrue on said monetary award at the relevant statutory rate; and

**ORDERED, ADJUDGED, AND DECREED**: That Defendant and its respective agents, servants, employees, and representatives and all persons in active concert and participation with them, are hereby permanently **ENJOINED AND RESTRAINED** from:

    (i) engaging or continuing to engage in the infringing acts or practices described herein, including the reproduction, distribution, derivation, or public display of Plaintiff's copyrighted works;

-2-

(ii) using without permission any mark or other intellectual property right of Plaintiff; or

(iii) acting in any other manner to derogate Plaintiff's intellectual property rights.

 _____
Edgardo Ramos, U.S.D.J.
Dated: December 13, 2022
New York, New York